IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MICHAEL KENNEDY,** | : |
| **Plaintiff** | : No. 1:14-CV-03971-RDB |
| v. | : |
| **SRA ASSOCIATES OF NEW JERSEY, INC., also d/b/a SRA ASSOCIATES, INC.** | : |
| **Defendant** | : |
| **MICHAEL KENNEDY,** | : No. 1:14-CV-03984-WDQ |
| **Plaintiff** | : |
| v. | : |
| **SRA ASSOCIATES OF NEW JERSEY, INC., also d/b/a SRA ASSOCIATES, INC.** | : |
| **Defendant** | : |

### STIPULATION TO CONSOLIDATE CASES

AND NOW come Michael Kennedy, *pro se*, and SRA Associates, Inc., by and through its undersigned counsel, who stipulate and agree as follows:

1.  The above-captioned cases shall be consolidated for purposes of litigation, as such matters involve common issues of law and fact.

2.  The above-captioned cases shall proceed jointly under Case No. 1:14-cv-03971-RDB.

3.  Defendant shall answer or otherwise respond to the Complaints on or before **February 1, 2015**

executed and intend to be legally bound thereby.

| | |
|---|---|
| **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.** | **MICHAEL KENNEDY, PLAINTIFF** |

By: /s/ Lauren M. Burnette
LAUREN M. BURNETTE, ESQUIRE
I.D. No. 29597
100 Corporate Center Drive
Suite 201
Camp Hill, PA 17011
(717) 651-3703
lmburnette@mdwcg.com
Attorney for Defendant
SRA Associates, Inc.

By: _____
Michael Kennedy
*Pro se,* Plaintiff
30908 Cedar Drive
Princess Anne, MD 21853
(443) 523-0180

Dated: January 26th, 2015

Dated: January 21st, 2015

SO ORDERED, this ____ day of

_____:

_____
Hon. Richard D. Bennett