IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL KENNEDY,<br>30908 Cedar Drive<br>Princess Anne, Maryland 21853<br><br>        Plaintiff,<br><br>v.<br><br>SRA ASSOCIATES OF NEW JERSEY, INC.,<br>also *dba* SRA ASSOCIATES, INC.,<br>401 Minnetonka Road<br>Hi-Nella, New Jersey 08083<br><br>        Defendant. | CASE No. 1:14-cv-03971-RDB<br><br>CASE No. 1:14-cv-03984-WDQ |

## MOTION TO DISMISS

The Plaintiff, Michael Kennedy, pursuant to *Rule 41(a)(1)(A)(i)* of the *Federal Rules of Civil Procedure*, gives notice of a settlement agreement and stipulation reached between the parties and hereby moves for the dismissal of plaintiff's claims against defendant in the above-captioned consolidated matters.

Respectfully submitted,

_____
Michael Kennedy
Plaintiff, *pro se*

Dated this 20th day February, 2015.

Michael Kennedy
30908 Cedar Drive
Princess Anne, Maryland 21853
(443) 523-0180

# CERTIFICATE OF SERVICE

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

(Fed R. Civ. P.5; 28 U.S.C. §1746)

I, <u>Michael Kennedy</u>, declare:

I am over 18 years of age and a party to this action. I am a resident of Princess Anne, Maryland, in the county of Somerset. My address is: 30908 Cedar Drive, Princess Anne, Maryland 21853. On February 23rd, 2015, I served on Defendants' counsel Plaintiff's Motion To Dismiss, by placing a true and correct copy thereof, enclosed in a sealed envelope, with postage prepaid, in the United States mail in a deposit box so provided by the United States Postal Service in the above-named city where I am presently located. The envelope were addressed as follows:

Lauren M. Burnette, Esq.
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
(717) 651-3703

Pursuant to *28 U.S.C. §1746*, I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day February, 2015.

Michael E. Kennedy
Plaintiff, *Pro se*

Michael E. Kennedy
30908 Cedar Drive
Princess Anne, Maryland 21853
(443) 523-0180